**IN THE UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF ARKANSAS**
**WESTERN DIVISION**

**STANLEY V. RANSOM, III**                                                    **PLAINTIFF**
**ADC #152776**

**v.**                              **Case No. 4:18-cv-00916-KGB**

**CAROL WEAVER, Judge,**
**Faulkner County District Court,** *et al*.                              **DEFENDANTS**

<u>**JUDGMENT**</u>

Pursuant to the Order filed on this date, it is considered, ordered, and adjudged that plaintiff

Stanley V. Ransom, III's complaint and supplemental complaint are dismissed without prejudice.

The relief sought is denied. Dismissal of this action counts as a "strike" within the meaning of 28

U.S.C. § 1915(g), and the Court certifies pursuant to 28 U.S.C. § 1915(a)(3) that an *in forma*

*pauperis* appeal taken from the Order and Judgment dismissing this action is considered frivolous

and not in good faith.

So adjudged this 10th day of July 2019.


_____
Kristine G. Baker
United States District Judge